| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |  |
|---|---|
| Neville L. Johnson, State Bar No. 66329<br>Douglas L. Johnson, State Bar No. 209216<br>Johnson & Johnson LLP<br>439 North Canon Drive, Suite 200<br>Beverly Hills, California 90210<br>Tel: 310-975-1080<br>Fax: 310-975-1095 |  |

ATTORNEY(S) FOR: Plaintiffs and the Class

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EDWARD ASNER et. al.<br>(See Attachment #1)<br><br>Plaintiff(s),<br>v.<br>THE SAG-AFTRA HEALTH FUND et. al.<br>(See Attachment #2)<br><br>Defendant(s) | CASE NUMBER:<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiffs and the Class_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| EDWARD ASNER | PLAINTIFF |
| MICHAEL BELL | PLAINTIFF |
| RAYMOND HARRY JOHNSON | PLAINTIFF |
| SONDRA JAMES WEIL | PLAINTIFF |
| DAVID JOLLIFFE | PLAINTIFF |
| ROBERT CLOTWORTHY | PLAINTIFF |
| THOMAS COOK | PLAINTIFF |
| AUDREY LOGGIA | PLAINTIFF |
| DEBORAH WHITE | PLAINTIFF |
| DONNA LYNN LEAVY | PLAINTIFF |
| THE SAG-AFTRA HEALTH FUND | DEFENDANT |
| THE BOARD OF TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN | DEFENDANT<br>CONTINUE ON ATTACHMENT # 3 |

December 1, 2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):

# ATTACHMENT 1 TO NOTICE OF INTERESTED PARTIES

## ATTACHMENT # 1 PLAINTIFFS

EDWARD ASNER, MICHAEL BELL, RAYMOND HARRY JOHNSON, SONDRA JAMES WEIL, DAVID JOLLIFFE, ROBERT CLOTWORTHY, THOMAS COOK, AUDREY LOGGIA, DEBORAH WHITE, DONNA LYNN LEAVY, individually on behalf of themselves and the other similarly situated members of the Counts I and III Class and the Counts II and IV Class as defined herein,

# ATTACHMENT 2 TO NOTICE OF INTERESTED PARTIES

# ATTACHMENT # 2-DEFENDANTS

THE SAG-AFTRA HEALTH FUND; THE BOARD OF TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN;

THE BOARD OF TRUSTEES OF THE SAG-AFTRA HEALTH FUND;

DARYL ANDERSON;

HELAYNE ANTLER;

AMY AQUINO;

TIMOTHY BLAKE;

JIM BRACCHITTA;

ANN CALFAS;

JOHN CARTER BROWN;

DUNCAN CRABTREE-IRELAND;

ERYN M. DOHERTY;

GARY M. ELLIOTT;

MANDY FABIAN; LEIGH FRENCH;

BARRY GORDON;

J. KEITH GORHAM;

NICOLE GUSTAFSON;

JAMES HARRINGTON;

DAVID HARTLEY-MARGOLIN;

HARRY ISAACS;

MARLA JOHNSON;

ROBERT W. JOHNSON;

BOB KALIBAN;

SHELDON KASDAN;

MATTHEW KIMBROUGH;

CAROL A. LOMBARDINI;

STACY K. MARCUS;

RICHARD MASUR;

JOHN T. MCGUIRE;

DIANE P. MIROWSKI;

D.W. MOFFETT;

PAUL MURATORE;

TRACY OWEN;

MICHAEL PNIEWSKI;

ALAN H. RAPHAEL;

JOHN E. RHONE;

RAY RODRIGUEZ;

MARC SANDMAN;

SHELBY SCOTT;

DAVID SILBERMAN;

SALLY STEVENS;

JOHN H. SUCKE;

KIM SYKES;

GABRIELA TEISSIER;

LARA UNGER;

NED VAUGHN;

DAVID WEISSMAN;

| | |
|---|---|
| LYNNE LAMBERT; | RUSSELL WETANSON; |
| SHELLEY LANDGRAF; | DAVID P. WHITE; |
| ALLAN LINDERMAN; | SAMUEL P. WOLFSON |

# ATTACHMENT 3 TO NOTICE OF INTERESTED PARTIES

# ATTACHMENT # 3-DEFENDANTS

THE BOARD OF TRUSTEES OF THE SAG-AFTRA HEALTH FUND;

DARYL ANDERSON;
HELAYNE ANTLER;
AMY AQUINO;
TIMOTHY BLAKE;
JIM BRACCHITTA;
ANN CALFAS;
JOHN CARTER BROWN;
DUNCAN CRABTREE-IRELAND;
ERYN M. DOHERTY;
GARY M. ELLIOTT;
MANDY FABIAN; LEIGH FRENCH;
BARRY GORDON;
J. KEITH GORHAM;
NICOLE GUSTAFSON;
JAMES HARRINGTON;
DAVID HARTLEY-MARGOLIN;
HARRY ISAACS;
MARLA JOHNSON;
ROBERT W. JOHNSON;
BOB KALIBAN;
SHELDON KASDAN;
MATTHEW KIMBROUGH;
LYNNE LAMBERT;
SHELLEY LANDGRAF;
CAROL A. LOMBARDINI;
STACY K. MARCUS;
RICHARD MASUR;
JOHN T. MCGUIRE;
DIANE P. MIROWSKI;
D.W. MOFFETT;
PAUL MURATORE;
TRACY OWEN;
MICHAEL PNIEWSKI;
ALAN H. RAPHAEL;
JOHN E. RHONE;
RAY RODRIGUEZ;
MARC SANDMAN;
SHELBY SCOTT;
DAVID SILBERMAN;
SALLY STEVENS;
JOHN H. SUCKE;
KIM SYKES;
GABRIELA TEISSIER;
LARA UNGER;
NED VAUGHN;
DAVID WEISSMAN;
RUSSELL WETANSON;
DAVID P. WHITE;

ALLAN LINDERMAN;             SAMUEL P. WOLFSON