1  Myron D. Rumeld*
   mrumeld@proskauer.com
2  Neil V. Shah*
   nshah@proskauer.com
3  Anastasia S. Gellman*
   agellman@proskauer.com
4  PROSKAUER ROSE LLP
   Eleven Times Square
5  New York, NY 10036
   Tel.: 212.969.3000
6  Fax: 212.969.2900

7  Scott P. Cooper (SBN 96905)
   scooper@proskauer.com
8  Jennifer L. Jones (SBN 284624)
   jljones@proskauer.com
9  PROSKAUER ROSE LLP
   2029 Century Park East, Suite 2400
10 Los Angeles, California 90067
   Tel.: 310.557.2900
11 Fax: 310.557.2193

12 Jani K. Rachelson*
   jrachelson@cwsny.com
13 Evan R. Hudson-Plush*
   ehudson-plush@cwsny.com
14 COHEN, WEISS AND SIMON LLP
   900 Third Avenue, Suite 2100
15 New York, NY 10022-4869
   Tel.: 212.563.4100
16 Fax: 646.473.8254

17 * admitted pro hac vice

18 Attorneys for all Defendants
   except Bob Kaliban

19

UNITED STATES DISTRICT COURT

20

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

21

| | |
|---|---|
| 22  EDWARD ASNER, *et al.*, | Case No. 2:20-cv-10914-CAS-JEM |
| 23            Plaintiffs, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT** |
| 24         vs. | |
| 25  THE SAG-AFTRA HEALTH FUND, *et al.*, | Date: May 3, 2021<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Hon. Christina A. Snyder |
| 26            Defendants. | |
| 27 | Action Filed: December 1, 2020 |

28

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 3, 2021, at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 8D before the Honorable Judge Christina A. Snyder, located at First Street Courthouse, 350 W. First Street, Los Angeles, CA 90012, Defendants, the SAG-AFTRA Health Fund, the Board of Trustees of the Screen Actors Guild-Producers Health Plan, the Board of Trustees of the SAG-AFTRA Health Fund, Daryl Anderson, Helayne Antler, Amy Aquino, Timothy Blake, Jim Bracchitta, Ann Calfas, John Carter Brown, Duncan Crabtree-Ireland, Eryn M. Doherty, Gary M. Elliott, Mandy Fabian, Leigh French, Barry Gordon, J. Keith Gorham, Nicole Gustafson, James Harrington, David Hartley-Margolin, Harry Isaacs, Marla Johnson, Robert W. Johnson, Sheldon Kasdan, Matthew Kimbrough, Lynne Lambert, Shelley Landgraf, Allan Linderman, Carol A. Lombardini, Stacy K. Marcus, Richard Masur, John T. McGuire, Diane P. Mirowski, D.W. Moffett, Paul Muratore, Tracy Owen, Michael Pniewski, Alan H. Raphael, John E. Rhone, Ray Rodriguez, Marc Sandman, Shelby Scott, David Silberman, Sally Stevens, John H. Sucke, Kim Sykes, Gabriela Teissier, Lara Unger, Ned Vaughn, David Weissman, Russell Wetanson, David P. White, and Samuel P. Wolfson (collectively, "Defendants"),[1] will and do hereby move this Court for an Order dismissing with prejudice the Complaint of Plaintiffs Edward Asner, Michael Bell, Raymond Harry Johnson, Sondra James Weil, David Jolliffe, Robert Clotworthy, Thomas Cook, Audrey Loggia, Deborah White, and Donna Lynn Leavy, pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 25, 2021.  Defendants move for an Order dismissing the Complaint, with prejudice, on the grounds that Plaintiffs' claims for breach of fiduciary

---

[1] This motion is filed on behalf of all named defendants except Bob Kaliban, who passed away following the filing of the Complaint.

duty under ERISA in Counts I and II and for co-fiduciary liability under ERISA in Counts III and IV are foreclosed because the conduct challenged in the Complaint was not undertaken in a fiduciary capacity. Even if this were not the case, Plaintiffs' breach of fiduciary duty claim in Count II premised on a violation of age discrimination laws should be dismissed on the grounds that: (i) ERISA cannot be used to circumvent age discrimination laws; and (ii) there was no violation of age discrimination laws.

The motion is based upon the Notice of Motion and Motion, the attached Memorandum of Points and Authorities in support thereof, the attached Declaration of Myron D. Rumeld and Exhibits thereto, the attached Request for Judicial Notice, and on such other materials as the Court may properly consider prior to deciding this Motion.

Dated: February 16, 2021      By:      /s/ Myron D. Rumeld

Myron D. Rumeld*
mrumeld@proskauer.com
Neil V. Shah*
nshah@proskauer.com
Anastasia S. Gellman*
agellman@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel.: 212.969.3000
Fax: 212.969.2900

Scott P. Cooper (SBN 96905)
scooper@proskauer.com
Jennifer L. Jones (SBN 284624)
jljones@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: 310.557.2900
Fax: 310.557.2193

Jani K. Rachelson*
jrachelson@cwsny.com
Evan R. Hudson-Plush*
ehudson-plush@cwsny.com
COHEN, WEISS AND SIMON LLP
900 Third Avenue, Suite 2100
New York, NY 10022-4869
Tel.: 212.563.4100

**DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS COMPLAINT (2:20-cv-10914-CAS-JEM)**

Fax: 646.473.8254

*admitted pro hac vice*

*Attorneys for all Defendants
except Bob Kaliban*

**DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS COMPLAINT (2:20-cv-10914-CAS-JEM)**