Myron D. Rumeld*
mrumeld@proskauer.com
Neil V. Shah*
nshah@proskauer.com
Anastasia S. Gellman*
agellman@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel.: 212.969.3000
Fax: 212.969.2900

Scott P. Cooper (SBN 96905)
scooper@proskauer.com
Jennifer L. Jones (SBN 284624)
jljones@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: 310.557.2900
Fax: 310.557.2193

Jani K. Rachelson*
jrachelson@cwsny.com
Evan R. Hudson-Plush*
ehudson-plush@cwsny.com
COHEN, WEISS AND SIMON LLP
900 Third Avenue, Suite 2100
New York, NY 10022-4869
Tel.: 212.563.4100
Fax: 646.473.8254

* admitted pro hac vice

Attorneys for all Defendants
except Bob Kaliban

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EDWARD ASNER, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SAG-AFTRA HEALTH FUND, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-10914-CAS-JEM<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>Date: May 3, 2021<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Hon. Christina A. Snyder<br><br>Action Filed: December 1, 2020 |

## REQUEST FOR JUDICIAL NOTICE

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 3, 2021, at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 8D before the Honorable Judge Christina A. Snyder, located at First Street Courthouse, 350 W. First Street, Los Angeles, CA 90012, Defendants, the SAG-AFTRA Health Fund, the Board of Trustees of the Screen Actors Guild-Producers Health Plan, the Board of Trustees of the SAG-AFTRA Health Fund, Daryl Anderson, Helayne Antler, Amy Aquino, Timothy Blake, Jim Bracchitta, Ann Calfas, John Carter Brown, Duncan Crabtree-Ireland, Eryn M. Doherty, Gary M. Elliott, Mandy Fabian, Leigh French, Barry Gordon, J. Keith Gorham, Nicole Gustafson, James Harrington, David Hartley-Margolin, Harry Isaacs, Marla Johnson, Robert W. Johnson, Sheldon Kasdan, Matthew Kimbrough, Lynne Lambert, Shelley Landgraf, Allan Linderman, Carol A. Lombardini, Stacy K. Marcus, Richard Masur, John T. McGuire, Diane P. Mirowski, D.W. Moffett, Paul Muratore, Tracy Owen, Michael Pniewski, Alan H. Raphael, John E. Rhone, Ray Rodriguez, Marc Sandman, Shelby Scott, David Silberman, Sally Stevens, John H. Sucke, Kim Sykes, Gabriela Teissier, Lara Unger, Ned Vaughn, David Weissman, Russell Wetanson, David P. White, and Samuel P. Wolfson (collectively, "Defendants"), will request that, in evaluating Defendants' motion to dismiss, the Court consider the documents identified below and attached to the Declaration of Myron D. Rumeld as Exhibits 1 through 3, which are incorporated by referenced into the Complaint:

- **Exhibit 1:** Summary Plan Description for the SAG-AFTRA Health Plan, effective January 1, 2021.
- **Exhibit 2:** Summary Plan Description for the SAG-AFTRA Health Plan, effective January 1, 2017.
- **Exhibit 3:** August 12, 2020 letter to participants from the Board of Trustees of the SAG-AFTRA Health Plan enclosing the pamphlet entitled "Changing for our

future. Together." (referenced in the Complaint at ¶¶ 4, 48-55).

Dated: February 16, 2021        By:    /s/ Myron D. Rumeld
                                        Myron D. Rumeld*
                                        mrumeld@proskauer.com
                                        Neil V. Shah*
                                        nshah@proskauer.com
                                        Anastasia S. Gellman*
                                        agellman@proskauer.com
                                        PROSKAUER ROSE LLP
                                        Eleven Times Square
                                        New York, NY 10036
                                        Tel.: 212.969.3000
                                        Fax: 212.969.2900

                                        Scott P. Cooper (SBN 96905)
                                        scooper@proskauer.com
                                        Jennifer L. Jones (SBN 284624)
                                        jljones@proskauer.com
                                        PROSKAUER ROSE LLP
                                        2029 Century Park East, Suite 2400
                                        Los Angeles, California 90067
                                        Tel.: 310.557.2900
                                        Fax: 310.557.2193

                                        Jani K. Rachelson*
                                        jrachelson@cwsny.com
                                        Evan R. Hudson-Plush*
                                        ehudson-plush@cwsny.com
                                        COHEN, WEISS AND SIMON LLP
                                        900 Third Avenue, Suite 2100
                                        New York, NY 10022-4869
                                        Tel.: 212.563.4100
                                        Fax: 646.473.8254

                                        * admitted pro hac vice

                                        Attorneys for all Defendants
                                        except Bob Kaliban

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**
**IN SUPPORT OF MOTION TO DISMISS COMPLAINT (2:20-cv-10914-CAS-JEM)**

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants hereby request that, in connection with the adjudication of Defendants' motion to dismiss, the Court consider Exhibits 1 through 3 attached to the accompanying Declaration of Myron D. Rumeld under the doctrine of incorporation by reference.

## I.   LEGAL STANDARD FOR INCORPORATION BY REFERENCE

Under the "incorporation by reference" doctrine, a court may consider documents on a motion to dismiss "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the plaintiff's pleading." *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (citation and internal punctuation omitted).  The doctrine has been extended "to situations in which the plaintiff's claim depends on the contents of a document, the defendant attaches the document to its motion to dismiss, and the parties do not dispute the authenticity of the document, even though the plaintiff does not explicitly allege the contents of that document in the complaint." *Id.*

Consideration of such documents "prevents plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken—or doom—their claims." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018), *cert. denied*, 139 S. Ct. 2615 (2019).  A document is incorporated by reference "if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *Id.* (quoting *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003)).  Where "a document has been incorporated by reference in the Complaint, the Court 'may treat such a document as part of the complaint, and thus may assume that its contents are true for purposes of a motion to dismiss under Rule 12(b)(6).'" *B.R. v. Beacon Health Options*, No. 16-cv-04576-MEJ, 2017 WL 2351973, at *3 (N.D. Cal. May 31, 2017) (quoting *Davis v. HSBC Bank Nev., N.A.*, 691 F.3d 1152, 1160 (9th Cir. 2012)).

In adjudicating motions to dismiss claims arising under ERISA, courts routinely apply the "incorporation by reference" doctrine to plan documents setting forth the terms and benefits of the plan where those terms and benefits provide the basis for the plaintiff's claims. *See*, *e.g.*, *Beacon Health Options*, 2017 WL 2351973, at *3 ("Because Plaintiffs' claim is predicated entirely on the terms and benefits of the [] Plan, the Court may consider a [summary plan description] that contains the Plan's terms and benefits even though Plaintiffs do not reference the document in the FAC."); *Beverly Oaks Physicians Surgical Ctr., LLC v. Blue Cross Blue Shield of Ill.*, No. CV 18-3866-RSWL-JPR, 2018 WL 5883907, at *2 (C.D. Cal. Nov. 8, 2018) (considering summary plan descriptions); *Smith v. Cigna Health & Life Ins. Co.*, No. 3:20-cv-624-SI, 2020 WL 5834786, at *3 (D. Or. Sept. 30, 2020) (same); *Rodrigues v. Bank of Am.*, No. C 16-1390 CW, 2016 WL 3566950, at *1 n.1 (N.D. Cal. July 1, 2016) (considering plan document and summary plan description).

## II.   ARGUMENT

The Court should consider the exhibits attached to the Rumeld Declaration and described below in adjudicating Defendants' motion to dismiss because each is properly considered under the "incorporation by reference" doctrine.

*Exhibits 1 and 2.*  Exhibits 1 and 2 are the 2021 and 2017 Summary Plan Descriptions for the SAG-AFTRA Health Plan.  These exhibits are incorporated by reference because they set forth the terms and benefits of the Plan before and after the benefit eligibility changes and thus form the basis of Plaintiffs' claim in Count II asserting that these changes violated age discrimination laws.

*Exhibit 3.*  Exhibit 3 is the August 12, 2020 letter to participants from the Board of Trustees of the SAG-AFTRA Health Plan enclosing the pamphlet entitled "Changing for our future. Together."  This mailing announces and sets forth the benefit eligibility changes that form the basis of Plaintiffs' claim in Count II asserting that these changes violated age discrimination laws.  The mailing is also referred to

extensively in the Complaint, including through quotations and specific discussions of its contents.  *See* Compl. ¶¶ 4, 48-55.

## **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that, in connection with their motion to dismiss, the Court consider the documents attached to the Rumeld Declaration as Exhibits 1 through 3.

Dated: February 16, 2021     By:     /s/ Myron D. Rumeld
                                      Myron D. Rumeld*
                                      mrumeld@proskauer.com
                                      Neil V. Shah*
                                      nshah@proskauer.com
                                      Anastasia S. Gellman*
                                      agellman@proskauer.com
                                      PROSKAUER ROSE LLP
                                      Eleven Times Square
                                      New York, NY 10036
                                      Tel.: 212.969.3000
                                      Fax: 212.969.2900

                                      Scott P. Cooper (SBN 96905)
                                      scooper@proskauer.com
                                      Jennifer L. Jones (SBN 284624)
                                      jljones@proskauer.com
                                      PROSKAUER ROSE LLP
                                      2029 Century Park East, Suite 2400
                                      Los Angeles, California 90067
                                      Tel.: 310.557.2900
                                      Fax: 310.557.2193

                                      Jani K. Rachelson*
                                      jrachelson@cwsny.com
                                      Evan R. Hudson-Plush*
                                      ehudson-plush@cwsny.com
                                      COHEN, WEISS AND SIMON LLP
                                      900 Third Avenue, Suite 2100
                                      New York, NY 10022-4869
                                      Tel.: 212.563.4100
                                      Fax: 646.473.8254

                                      * *admitted pro hac vice*

                                      *Attorneys for all Defendants*
                                      *except Bob Kaliban*