| | |
|---|---|
| Scott P. Cooper (SBN 96905) | Neville L. Johnson (SBN 66329) |
| scooper@proskauer.com | njohnson@jjllplaw.com |
| Jennifer L. Jones (SBN 284624) | Douglas L. Johnson (SBN 209216) |
| jljones@proskauer.com | djohnson@jjllplaw.com |
| PROSKAUER ROSE LLP | JOHNSON & JOHNSON LLP |
| 2029 Century Park East, Suite 2400 | 439 North Canon Drive, Suite 200 |
| Los Angeles, California 90067 | Beverly Hills, California 90210 |
| Tel.: 310.557.2900 | Tel.: 310-975-1080 |
| Fax: 310.557.2193 | Fax: 310-975-1095 |
| | |
| Myron D. Rumeld* | Steven. A Schwartz* |
| mrumeld@proskauer.com | steveschwartz@chimicles.com |
| Neil V. Shah* | CHIMICLES SCHWARTZ KRINER |
| nshah@proskauer.com | & DONALDSON-SMITH LLP |
| Anastasia S. Gellman* | 361 West Lancaster Avenue |
| agellman@proskauer.com | Haverford, PA 19041 |
| PROSKAUER ROSE LLP | Tel.: 610-642-8500 |
| Eleven Times Square | Fax: 610-649-3633 |
| New York, NY 10036 | * admitted pro hac vice |
| Tel.: 212.969.3000 | |
| Fax: 212.969.2900 | Robert J. Kriner, Jr.* |
| * admitted pro hac vice | rjk@chimicles.com |
| | Emily L. Skaug* |
| Jani K. Rachelson* | els@chimicles.com |
| jrachelson@cwsny.com | CHIMICLES SCHWARTZ KRINER |
| Evan R. Hudson-Plush* | & DONALDSON-SMITH LLP |
| ehudson-plush@cwsny.com | 2711 Centerville Road, Suite 201 |
| COHEN WEISS AND SIMON LLP | Wilmington, DE 19808 |
| 900 Third Avenue, Suite 2100 | Tel.: 302-656-2500 |
| New York, NY 10022-4869 | Fax: 302-656-9053 |
| Tel.: 212.563.4100 | * admitted pro hac vice |
| Fax: 646.473.8254 | |
| * admitted pro hac vice | |
| | |
| *Attorneys for All Defendants excepting Bob Kaliban* | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD ASNER,, *et al.*, | CASE NO. 2:20-cv-10914-CAS (JEMx) |
| Plaintiffs, | **JOINT STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND SCHEDULE RE DEFENDANTS' RESPONSE** |
| vs. | |
| THE SAG-AFTRA HEALTH FUND, *et al.*, | The Hon. Christina A. Snyder |
| Defendants. | [Proposed Order filed concurrently herewith] |

IT IS HEREBY STIPULATED by and between plaintiffs Edward Asner, *et al.*, individually on behalf of themselves and others similarly situated ("Plaintiffs"), and defendants The SAG-AFTRA Health Fund, *et al.*, with the exception of defendant Bob Kaliban ("Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel, as follows:

WHEREAS, pursuant to the Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days (L.R. 8-3) (ECF No. 26), the deadline for Defendants to answer or otherwise respond to the complaint in the above-captioned action was Tuesday, February 16, 2021;

WHEREAS, on January 25, 2021, pursuant to L.R. 7-3 counsel for the Parties discussed the substance of Defendants' anticipated motion to dismiss the complaint and any potential resolution;

WHEREAS, Defendants filed their motion to dismiss the complaint with prejudice ("Defendants' Motion to Dismiss") on February 16, 2021;

WHEREAS, pursuant to stipulation entered by the Court, the Parties agreed to a briefing schedule for Defendants' Motion to Dismiss, pursuant to which Plaintiffs were allotted five weeks, or until March 23, 2021, to respond to Defendants' Motion to Dismiss (ECF Nos. 35, 39) (the "Order Regarding Briefing Schedule");

WHEREAS, by email dated March 18, 2021, Plaintiffs' counsel advised Defendants' counsel of their intention to file on or before March 23 an amended complaint in lieu of opposing Defendants' Motion to Dismiss;

WHEREAS, while the Parties disagree as to whether leave of Court is necessary for the filing of an amended complaint, the Parties nevertheless have agreed to stipulate to and a schedule for the filing of an amended complaint, Defendants' response thereto, including a briefing schedule for Defendants' renewed motion to dismiss with prejudice; and

WHEREAS, the Parties believe that the stipulation and proposed briefing schedule advances the interests of efficiency and justice, and will not prejudice the

interests of either side, including because no trial date has been set.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. Defendants consent to Plaintiffs filing an amended complaint on or before March 26, 2021.
2. Defendants shall have through April 30, 2021 to answer, move or otherwise respond to the amended complaint.
3. If Defendants move to dismiss the amended complaint, the following schedule shall apply:
    a. Plaintiffs shall file any opposition to Defendants' motion on or before Monday, May 31, 2021.
    b. Defendants shall file any reply to Plaintiffs' opposition to Defendants' motion on or before Monday, June 21, 2021.
    c. Defendants shall notice the hearing date for their motion to dismiss as Monday, July 19, 2021 at 10:00 a.m.

Respectfully Submitted,

DATED: March 23, 2021        PROSKAUER ROSE LLP

By: ____*/s/ Jennifer L. Jones*____
Jennifer L. Jones
*Attorneys for All Defendants excepting Bob Kaliban*

DATED:  March 23, 2021       CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP

By: ____*/s/ Steven A. Schwartz*____
Steven A. Schwartz
*Attorneys for Plaintiffs*

JOINT STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND SCHEDULE FOR DEFENDANTS' RESPONSE (Case No. 2:20-cv-10914-CAS (JEMx))

<u>E-FILING ATTESTATION</u>

I, Jennifer L. Jones, attest pursuant to Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                                                          */s/ Jennifer L. Jones*
                                                                          Jennifer L. Jones