UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD ASNER,, *et al.*,<br><br>     Plaintiffs,<br><br>     vs.<br><br>THE SAG-AFTRA HEALTH FUND, *et al.*,<br><br>     Defendants. | CASE NO. 2:20-cv-10914-CAS (JEMx)<br><br>[~~PROPOSED~~] **ORDER REGARDING FILING OF AMENDED COMPLAINT AND SCHEDULE RE DEFENDANTS' RESPONSE** |

Pursuant to the stipulation of the parties, **IT IS ORDERED THAT**:

1. Plaintiffs may file an amended complaint on or before March 26, 2021.
2. Defendants shall have through April 30, 2021 to answer, move or otherwise respond to the amended complaint.
3. If Defendants move to dismiss the amended complaint, the following schedule shall apply:
   a. Plaintiffs shall file any opposition to Defendants' motion on or before Monday, May 31, 2021.
   b. Defendants shall file any reply to Plaintiffs' opposition to Defendants' motion on or before Monday, June 21, 2021.

/ / /

c. Defendants shall notice the hearing date for their motion to dismiss as Monday, July 19, 2021 at 10:00 a.m.

Dated: March 24, 2021

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge

---

[PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT AND SCHEDULE FOR DEFENDANTS' RESPONSE (Case No. 2:20-cv-10914-CAS (JEMx))