UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-10914-CAS(JEMx) | Date | April 8, 2021 |
|---|---|---|---|
| Title | *EDWARD ASNER; ET AL. v. THE SAG-AFTRA HEALTH FUND; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - DEFENDANTS' MOTION TO DISMISS COMPLAINT (Filed February 16, 2021) [40]

The Court is in receipt of defendants' Motion to Dismiss Complaint filed on February 16, 2021, noticed for hearing on May 3, 2021, at 10:00 A.M. The Court having granted the Joint Stipulation Regarding Filing of Amended Complaint and Schedule re: Defendants' Response[41], Order[42] and is in receipt of plaintiffs' First Amended Class Action Complaint[43] filed on March 26, 2021. Therefore, defendants' Motion to Dismiss Complaint is thereby MOOT and the parties are not to appear before this Court on May 3, 2021, at 10:00 A.M.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |