UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD ASNER,, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE SAG-AFTRA HEALTH FUND, *et al.*,<br><br>    Defendants. | CASE NO. 2:20-cv-10914-CAS (JEMx)<br><br>[~~PROPOSED~~] **ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>July 19, 2021 at 10:00 a.m.<br><br>The Hon. Christina A. Snyder |

Pursuant to the stipulation of the parties, **IT IS ORDERED THAT**:

1. Plaintiffs shall file any opposition to Defendants' motion to dismiss on or before Tuesday, June 1, 2021 at 2:00 PDT.

2. Defendants shall file any reply to Plaintiffs' opposition to Defendants' motion to dismiss on or before Tuesday, June 22, 2021.

Dated: June 7, 2021

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge

[PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE
(Case No. 2:20-cv-10914-CAS (JEMx))