| | |
|---|---|
| Scott P. Cooper (SBN 96905)<br>scooper@proskauer.com<br>Jennifer L. Jones (SBN 284624)<br>jljones@proskauer.com<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067<br>Tel.: 310.557.2900<br>Fax: 310.557.2193 | Neville L. Johnson (SBN 66329)<br>njohnson@jjllplaw.com<br>Douglas L. Johnson (SBN 209216)<br>djohnson@jjllplaw.com<br>JOHNSON & JOHNSON LLP<br>439 North Canon Drive, Suite 200<br>Beverly Hills, California 90210<br>Tel.: 310-975-1080<br>Fax: 310-975-1095 |
| Myron D. Rumeld*<br>mrumeld@proskauer.com<br>Neil V. Shah*<br>nshah@proskauer.com<br>Anastasia S. Gellman*<br>agellman@proskauer.com<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>Tel.: 212.969.3000<br>Fax: 212.969.2900<br>*admitted pro hac vice* | Steven. A Schwartz*<br>steveschwartz@chimicles.com<br>CHIMICLES SCHWARTZ KRINER<br>& DONALDSON-SMITH LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>Tel.: 610-642-8500<br>Fax: 610-649-3633<br>*admitted pro hac vice* |
| Jani K. Rachelson*<br>jrachelson@cwsny.com<br>Evan R. Hudson-Plush*<br>ehudson-plush@cwsny.com<br>COHEN WEISS AND SIMON LLP<br>900 Third Avenue, Suite 2100<br>New York, NY 10022-4869<br>Tel.: 212.563.4100<br>Fax: 646.473.8254<br>*admitted pro hac vice* | Robert J. Kriner, Jr.*<br>rjk@chimicles.com<br>Emily L. Skaug*<br>els@chimicles.com<br>CHIMICLES SCHWARTZ KRINER<br>& DONALDSON-SMITH LLP<br>2711 Centerville Road, Suite 201<br>Wilmington, DE 19808<br>Tel.: 302-656-2500<br>Fax: 302-656-9053<br>*admitted pro hac vice* |
| *Attorneys for All Defendants excepting Bob Kaliban* | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDWARD ASNER,, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE SAG-AFTRA HEALTH FUND, *et al.*,<br><br>    Defendants. | CASE NO. 2:20-cv-10914-CAS (JEMx)<br><br>**STIPULATION REGARDING CONTINUANCE OF HEARING ON MOTION TO DISMISS AMENDED COMPLAINT**<br><br>July 19, 2021 at 10:00 a.m.<br><br>The Hon. Christina A. Snyder<br><br>[Proposed Order filed concurrently herewith] |

1   IT IS HEREBY STIPULATED by and between plaintiffs Edward Asner, *et al.*, individually on behalf of themselves and others similarly situated ("Plaintiffs"), and defendants The SAG-AFTRA Health Fund, *et al.*, with the exception of defendant Bob Kaliban ("Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel, as follows:

WHEREAS, Defendants filed a motion to dismiss Plaintiffs' amended complaint on April 30, 2021, setting a hearing date by mutual agreement of the parties for July 19, 2021 at 10:00 a.m.;

WHEREAS, on July 9, 2021 the Court issued a Scheduling Notice, Dkt. 56, rescheduling the hearing on Defendants' motion to dismiss for August 16, 2021;

WHEREAS, lead counsel for Defendants has previously arranged personal travel and vacation plans on August 16, 2021 and it would be a hardship for him to prepare for and attend oral argument on the motion to dismiss on that date;

WHEREAS, counsel for the parties have conferred and are both available for oral argument on Monday, August 30, 2021 at 10:00 a.m., a regularly scheduled civil motion day for the Court;

WHEREAS, a continuance of the motion hearing date would not impact the date of any submissions or of the case schedule, as the motion to dismiss is fully briefed and no other case deadlines have been set; and

WHEREAS, the Parties believe that the continuance advances the interests of efficiency and justice, and will not prejudice the interests of either side.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

The parties request the hearing on Defendants' motion to dismiss the Amended Complaint, Dkt. 45, previously scheduled for August 16, 2021 at 10:00 a.m., be continued to August 30, 2021 at 10:00 a.m., or another date convenient for the parties and the Court.

Respectfully Submitted,

DATED: July 13, 2021    PROSKAUER ROSE LLP

By:    /s/ Jennifer L. Jones
      Jennifer L. Jones
*Attorneys for All Defendants excepting Bob Kaliban*

DATED: July 13, 2021    CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP

By:    /s/ Steven A. Schwartz
      Steven A. Schwartz
*Attorneys for Plaintiffs*

## E-FILING ATTESTATION

I, Jennifer L. Jones, attest pursuant to Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Jennifer L. Jones*
Jennifer L. Jones

---

STIPULATION REGARDING CONTINUANCE OF HEARING ON MOTION TO DISMISS AMENDED COMPLAINT (Case No. 2:20-cv-10914-CAS (JEMx))