UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD ASNER,, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE SAG-AFTRA HEALTH FUND, *et al.*, <br><br> Defendants. | CASE NO. 2:20-cv-10914-CAS (JEMx) <br><br> [~~PROPOSED~~] **ORDER REGARDING CONTINUANCE OF HEARING ON MOTION TO DISMISS AMENDED COMPLAINT** <br><br> August 16, 2021 at 10:00 a.m. <br><br> The Hon. Christina A. Snyder |

Pursuant to the stipulation of the parties, **IT IS ORDERED THAT**:

The hearing on Defendants' motion to dismiss the Amended Complaint, Dkt. 45, previously scheduled for August 16, 2021 at 10:00 a.m., is continued to August 30, 2021 at 10:00 a.m.

Dated: July 14 2021

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge

---

[PROPOSED] ORDER REGARDING CONTINUANCE OF HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT (Case No. 2:20-cv-10914-CAS (JEMx))