UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD ASNER,, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE SAG-AFTRA HEALTH FUND, *et al.*,<br><br>    Defendants. | CASE NO. 2:20-cv-10914-CAS (JEMx)<br><br>**ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO ANSWER THE FIRST AMENDED COMPLAINT**<br><br>The Hon. Christina A. Snyder |

Pursuant to the stipulation of the parties, **IT IS ORDERED THAT** Defendants shall answer Plaintiffs' First Amended Complaint on or before Friday, September 24, 2021.

Dated: September 14, 2021

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge