Myron D. Rumeld*
mrumeld@proskauer.com
Neil V. Shah*
nshah@proskauer.com
Anastasia S. Gellman*
agellman@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel.: 212.969.3000
Fax: 212.969.2900

Scott P. Cooper (SBN 96905)
scooper@proskauer.com
Jennifer L. Jones (SBN 284624)
jljones@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: 310.557.2900
Fax: 310.557.2193

Jani K. Rachelson*
jrachelson@cwsny.com
Evan R. Hudson-Plush*
Ehudson-plus@cwsny.com
COHEN WEISS AND SIMON LLP
900 Third Avenue, Suite 2100
New York, NY 10022-4869
Tel.: 212.563.4100
Fax: 646.473.8254

* *admitted pro hac vice*

*Attorneys for Defendants*

Neville L. Johnson (SBN 66329)
njohnson@jjllplaw.com
Douglas L. Johnson (SBN 209216)
djohnson@jjlplaw.com
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Tel.: 310.975.1080
Fax: 310.975.1095

Steven A. Schwartz*
steveschwartz@chimicles.com
CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
361 West Lancaster Avenue
Haverford, PA 19041
Tel.: 610.642.8500
Fax: 610.649.3633

Robert J. Kriner, Jr.*
rjk@chimicles.com
Emily L. Skaug*
els@chimicles.com
CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
2711 Centerville Road, Suite 201
Wilmington, DE 19808
Tel.: 302.656.2500
Fax: 302.656.9053

* *admitted pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

EDWARD ASNER, *et al.*,

Plaintiffs,

vs.

THE SAG-AFTRA HEALTH FUND, *et al.*,

Defendants.

Case No. 2:20-cv-10914-CAS (JEM)

**[PROPOSED] JOINT CASE MANAGEMENT PLAN**

Action Filed: December 1, 2020

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, a meet and confer discussion was held on November 23, 2021, between counsel for Plaintiffs and counsel for Defendants.

The parties, by and through their undersigned counsel, jointly submit this [Proposed] Joint Case Management Plan and Scheduling Order and jointly request that the Court defer scheduling an initial Scheduling Conference pursuant to Fed. R. Civ. P. 16(b) until after the parties file their proposed amended case management plan on or before May 16, 2022 in order to give the parties an opportunity to explore potential early resolution of the case.

## I.  RULE 26(F) DISCOVERY PLAN

### A.  Initial Disclosures

The parties will exchange their Rule 26(a)(1) initial disclosures by no later than January 31, 2022.

### B.  Discovery Plan and Motion Schedule

This action is a proposed Rule 23 class action with four claims involving two different proposed classes and discovery concerning complex issues dating back to events as early as 2012. There are presently nine named plaintiffs, forty named defendants, including thirty-seven individual defendants, and, as proposed by plaintiffs, tens of thousands of potential class members. In light of the significant scope of potential discovery and the complexity of this case, and in an effort to avoid unnecessary costs and proceed efficiently, and to permit the parties to explore the possibility of an early resolution of the case, the parties propose the following interim discovery plan that will be updated after the parties have had an opportunity to evaluate what additional discovery is needed to adjudicate the case. This interim plan does not limit the scope or extent of any party's discovery rights in this matter under the Rules.

**1. Initial Document Production**

a. Defendants will provide written responses to Plaintiffs' First Requests for Production of Documents on or before January 31, 2022.

b. Defendant SAG-AFTRA Health Plan will produce (subject to suitable protections for privilege) the following documents on or before January 31, 2022:

i. Responsive portions of the meeting minutes, and notes of Plan attorneys for the following:

(1) SAG Health Plan Board of Trustees meetings (2012-2016)

(2) SAG Health Plan Benefits Committee meetings (2012-2016)

(3) SAG Health Plan Benefits Design Subcommittee meetings (2012-2016)

(4) Joint Merger Committee meetings (2013-2016)

(5) SAG-AFTRA Health Plan Board of Trustees meetings (2017-2020)

(6) SAG-AFTRA Health Plan Benefits Committee meetings (2017-2020)

ii. Reports and analyses provided to the meeting participants in connection with the foregoing meetings and/or accompanying the meeting minutes.

iii. Documents sufficient to show the engagement terms and sources of payments to actuarial and other consultants and attorneys for advice to the

SAG Health Plan or its Trustees relating to a merger or potential merger with the AFTRA Health Plan.

    iv.    Trust Agreements, Summary Plan Descriptions, Summary of Material Modifications, Summary of Benefits and Coverage, Summary Annual Reports, and Form 5500 filings of the SAG-AFTRA Health Plan (2017 to 2020) and the SAG Health Plan (2012 to 2016).

    v.    Merger Agreement of SAG Health Plan and AFTRA Health Plan.

**2. Mediation**

The parties have agreed that Robert Meyer of JAMS will serve as mediator and have scheduled the first mediation session for March 3-4, 2022.

**3. Supplementation of Discovery Schedule**

On or before April 20, 2022, but after the initial document production and mediation and when the parties will have a more complete understanding of the necessary scope of discovery, the parties will meet and confer for the purpose of coming to agreement on the remainder of the discovery plan. Specifically, the parties will confer on a schedule for:

    a.    Completion of fact discovery, including any changes to the rules governing the number and time allotted for depositions.

    b.    Expert disclosure and discovery.

    c.    Timing of any motion for class certification and any related motions to sever claims and/or issues.

On or before May 16, 2022, the parties will submit a jointly proposed amended case management plan for the Court's approval; or, if they fail to reach agreement, competing proposals.

**4. Motion Practice**

Upon completion of discovery, the parties propose that the Court set a Status Conference to set deadlines for filing non-dispositive and dispositive pre-trial motions (including but not limited to motions for summary judgment), and to schedule a pre-trial conference date and trial date. This shall not preclude any party from filing a substantive motion sooner, if they should so choose.

**C. Electronically Stored Information**

The parties agree to meet and confer regarding the disclosure or discovery of electronically stored information and to negotiate a protocol for the discovery of electronically stored information to govern the production format of electronically stored information and any procedures or criteria used to define or limit the scope of production such as identification and preservation of potentially responsive data types and systems, custodian selection, or any technology-assisted culling or review processes, such as the use of keyword search terms.

**D. Limitations on Discovery**

Given the number of defendants, the parties shall negotiate whether there should be any modifications to limitations on discovery set forth in the Federal and Local Rules in connection with the parties' discussions regarding the subsequently filed discovery plan. If they fail to reach agreement, the parties shall submit competing proposals.

**E. Other Issues**

The parties intend to negotiate a stipulated protective order for the Court's entry to facilitate the production and protection of confidential information, and such stipulated order will also address privilege issues.

**II. <u>COMPLEXITY</u>**

The parties agree that this is a complex case and may at various times desire to use the procedures set forth in the Manual of Complex Litigation.

## III. ADR

As set forth above, the parties believe this case is most well suited for private mediation after the Defendants have produced an initial round of documents.

## IV. TRIAL ESTIMATE

The parties respectfully submit that it is premature to estimate the number of trial days required prior to the Court's ruling on Plaintiffs' anticipated Motion for Class Certification. The scope and length of any trial will be substantially impacted by the Court's ruling on class certification. The parties agree that following the Court's ruling on class certification, they will meet and confer about a trial estimate and submit a joint statement to the Court for approval.

## V. ADDITIONAL PARTIES

Plaintiffs at present do not anticipate any further amendments to add additional parties but reserve their rights based on information obtained during discovery. Moreover, pursuant to an agreement between the parties, the parties had agreed to dismiss fourteen individual defendants from this matter. *See* First Amended Complaint ¶¶ 161, 169, 179, 187. To effectuate that agreement, the parties agree that defendants David Silberman and D.W. Moffett are deemed to be dismissed from all counts without prejudice pursuant to the terms of the agreement.

Dated: December 28, 2021

By: /s/ Myron D. Rumeld

Myron D. Rumeld*
mrumeld@proskauer.com
Neil V. Shah*
nshah@proskauer.com
Anastasia S. Gellman*
agellman@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel.: 212.969.3000
Fax: 212.969.2900

Scott P. Cooper (SBN 96905)
scooper@proskauer.com
Jennifer L. Jones (SBN 284624)
jljones@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: 310.557.2900
Fax: 310.557.2193

Jani K. Rachelson*
jrachelson@cwsny.com
Evan R. Hudson-Plush*
ehudson-plush@cwsny.com
COHEN WEISS AND SIMON LLP
900 Third Avenue, Suite 2100
New York, NY 10022-4869
Tel.: 212.563.4100
Fax: 646.473.8254

* *admitted pro hac vice*

*Attorneys for Defendants*

By: /s/ Steven A. Schwartz

Steven A. Schwartz*
steveschwartz@chimicles.com
CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
361 West Lancaster Avenue
Haverford, PA 19041
Tel.: 610.642.8500
Fax: 610.649.3633

Neville L. Johnson (SBN 66329)
njohnson@jjllplaw.com
Douglas L. Johnson (SBN 209216)
djohnson@jjlplaw.com
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Tel.: 310.975.1080
Fax: 310.975.1095

Robert J. Kriner, Jr.*
rjk@chimicles.com
Emily L. Skaug*
els@chimicles.com
CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
2711 Centerville Road, Suite 201
Wilmington, DE 19808
Tel.: 302.656.2500
Fax: 302.656.9053

* *admitted pro hac vice*

*Attorneys for Plaintiffs*