UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:20-cv-10914-CAS(JEMx)  Date: December 29, 2021

Title  Edward Asner et al v. The Sag-Aftra Health Fund, et al.

Present: The Honorable: Christina A. Snyder, United States District Judge

| D. Rojas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER GRANTING JOINT CASE MANAGEMENT PLAN [71]**

In order to permit the parties to pursue a potential resolution of this case, the Court hereby approves of the Proposed Joint Case Management Plan and defers scheduling an initial scheduling conference until the parties file their proposed amended case management plan on or before May 16, 2022.

IT IS SO ORDERED.

00:00
**Initials of Preparer**   DR