Scott P. Cooper (SBN 96905)
scooper@proskauer.com
Jennifer L. Roche (SBN 254538)
jroche@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: 310.557.2900
Fax: 310.557.2193

Myron D. Rumeld*
mrumeld@proskauer.com
Neil V. Shah*
nshah@proskauer.com
Anastasia S. Gellman*
agellman@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel.: 212.969.3000
Fax: 212.969.2900

Jani K. Rachelson*
jrachelson@cwsny.com
Evan R. Hudson-Plush*
ehudson-plush@cwsny.com
COHEN WEISS AND SIMON LLP
900 Third Avenue, Suite 2100
New York, NY 10022-4869
Tel.: 212.563.4100
Fax: 646.473.8254

*admitted pro hac vice*

*Attorneys for Defendants*

Neville L. Johnson (SBN 66329)
njohnson@jjllplaw.com
Douglas L. Johnson (SBN 209216)
djohnson@jjllplaw.com
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Tel.: 310-975-1080
Fax: 310-975-1095

Steven. A Schwartz*
steveschwartz@chimicles.com
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
361 West Lancaster Avenue
Haverford, PA 19041
Tel.: 610-642-8500
Fax: 610-649-3633

Robert J. Kriner, Jr.*
rjk@chimicles.com
Emily L. Skaug*
els@chimicles.com
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
2711 Centerville Road, Suite 201
Wilmington, DE 19808
Tel.: 302-656-2500
Fax: 302-656-9053

*admitted pro hac vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD ASNER, *et al.*,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>THE SAG-AFTRA HEALTH FUND, *et al.*,<br><br>　　　Defendants. | Case No. 2:20-cv-10914-CAS (JEM)<br><br>**STIPULATION AND PROPOSED ORDER ON DISCOVERY PURSUANT TO THE COURT'S JULY 11, 2022 ORDER (ECF NO. 98)**<br><br>Judge: Hon. Christina A. Snyder<br>Action Filed: December 1, 2020 |

**WHEREAS**, on July 11, 2022, the Court issued an order directing that the parties meet and confer regarding a discovery protocol and briefing schedule for the class certification motion (ECF No. 98);

**WHEREAS**, the parties have met and conferred, pursuant to the Court's order, and have reached agreement on a proposed schedule for Plaintiffs' motion for class certification and discovery preceding that motion;

**NOW, THEREFORE**, the parties have agreed, subject to the Court's approval, to the following briefing schedule for Plaintiffs' motion for class certification:

1. Subject to the conditions described below, Plaintiffs shall file their motion for class certification with all supporting papers on or before August 1, 2023;
2. Defendants may depose any witnesses or experts relied upon by Plaintiffs in their motion for class certification no later than September 15, 2023;
3. Defendants shall file their opposition to the class certification motion with all supporting papers on or before October 16, 2023;
4. Plaintiffs may depose any witnesses or experts relied upon by Defendants in their class opposition who were not previously deposed on the matters relied upon by Defendants in opposition to class certification by December 29, 2023; and
5. Plaintiffs shall file their reply in further support of the class certification motion on or before January 15, 2024.

**FURTHERMORE**, the parties have agreed to the following, subject to the Court's approval, with respect to discovery:

1. All parties shall respond to document requests served on them. All Plaintiffs shall endeavor to complete their document production, including production of ESI, within 45 days of the date of this Stipulation. All Defendants shall endeavor to complete their document production,

- 1 -

including production of ESI, on a rolling basis, within six months of the parties' agreement on search terms for ESI. Any delays in the completion of Defendants' document production, including ESI, shall entitle Plaintiffs to seek a corresponding extension of the schedule for filing papers in support of and in opposition to Plaintiffs' motion for class certification.

2. The parties shall be permitted to subpoena non-parties for documents.
3. The parties shall be permitted to conduct depositions of fact witnesses including parties and non-parties. Any depositions conducted shall cover both class and merits issues, such that, in the absence of a showing of good cause, no fact witness shall be deposed more than once.
4. The Court shall schedule a status conference in February 2023, at which time the parties shall report on the status of discovery and any outstanding disputes regarding the anticipated scope of the remaining discovery.
5. The Court shall schedule an additional status conference within 60 days of its ruling on class certification, in advance of which the parties shall confer and file a joint report with a proposed schedule of all pre-trial deadlines along with a description of any additional discovery that is needed before trial.

- 2 -

**STIPULATION AND PROPOSED ORDER ON DISCOVERY PURSUANT TO
THE COURT'S JULY 11, 2022 ORDER (ECF NO. 98) (2:20-cv-10914-CAS-JEM)**

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: July 21, 2022

By: /s/ *Myron D. Rumeld*

Myron D. Rumeld*
mrumeld@proskauer.com
Neil V. Shah*
nshah@proskauer.com
Anastasia S. Gellman*
agellman@proskauer.com
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel.: 212.969.3000
Fax: 212.969.2900

Scott P. Cooper (SBN 96905)
scooper@proskauer.com
Jennifer L. Roche (SBN 254538)
jroche@proskauer.com
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: 310.557.2900
Fax: 310.557.2193

Jani K. Rachelson*
jrachelson@cwsny.com
Evan R. Hudson-Plush*
ehudson-plush@cwsny.com
**COHEN WEISS AND SIMON LLP**
900 Third Avenue, Suite 2100
New York, NY 10022-4869
Tel.: 212.563.4100
Fax: 646.473.8254

* admitted pro hac vice

*Attorneys for Defendants*

By: /s/ *Steven A. Schwartz*

Steven A. Schwartz*
steveschwartz@chimicles.com
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
Tel.: 610.642.8500
Fax: 610.649.3633

Neville L. Johnson (SBN 66329)
njohnson@jjllplaw.com
Douglas L. Johnson (SBN 209216)
djohnson@jjllplaw.com
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Tel.: 310.975.1080
Fax: 310.975.1095

Robert J. Kriner, Jr.*
rjk@chimicles.com
Emily L. Skaug*
els@chimicles.com
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
2711 Centerville Road, Suite 201
Wilmington, DE 19808
Tel.: 302.656.2500
Fax: 302.656.9053

* admitted pro hac vice

*Attorneys for Plaintiffs*

- 3 -

**STIPULATION AND PROPOSED ORDER ON DISCOVERY PURSUANT TO THE COURT'S JULY 11, 2022 ORDER (ECF NO. 98) (2:20-cv-10914-CAS-JEM)**

**E-FILING ATTESTATION**

I, Myron D. Rumeld, attest pursuant to Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Myron D. Rumeld*
Myron D. Rumeld

**PURSUANT TO THE PARTIES' STIPULATIONS, IT IS SO ORDERED.**

DATED: _____

_____
Honorable Christina A. Snyder
United States District Judge

- 4 -

**STIPULATION AND PROPOSED ORDER ON DISCOVERY PURSUANT TO
THE COURT'S JULY 11, 2022 ORDER (ECF NO. 98) (2:20-cv-10914-CAS-JEM)**