UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD ASNER, *et al.*, | CASE NO. 2:20-cv-10914-CAS (JEMx) |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION REGARDING DEADLINE TO COMPLETE NOTICE OF CLASS ACTION SETTLEMENT** |
| vs. | |
| THE SAG-AFTRA HEALTH FUND, *et al.*, | |
| Defendants. | The Hon. Christina A. Snyder |

Pursuant to the stipulation of the parties, IT IS ORDERED that the deadline for the settlement Administrator to send Settlement Notice to Class Members is extended to June 7, 2023.

Dated: May 31, 2023

Hon. Christina A. Snyder
United States District Judge