UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.    2:20cv10914CAS(JEMx)                                                    Date: September 11, 2023

Title    EDWARD ASNER; ET AL. v. THE SAG-AFTRA HEALTH FUND; ET AL.

Present: The Honorable:    CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Neville Johnson | Anastasia Gellman |
| Steven Schwartz | Myron Rumeld |
| Robert Kriner, Jr. | Evan Hudson-Plush |
|  | Jani Rachelson |

**Proceedings:** ZOOM HEARING RE: MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS AND SERVICE AWARDS (Filed 7/12/2023) [141]

   Hearing held by Zoom and counsel are present. Tentative order provided. The Court confers with counsel, as stated on the record. Member, Jan Hoag, is also present and addresses the Court. The Court takes the matter under submission.

                                                                              01:32
                                                            **Initials of Preparer**    CMJ