UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| EDWARD ASNER, *et al.*, <br><br>    Plaintiffs, <br><br>  vs. <br><br>THE SAG-AFTRA HEALTH FUND, *et al.*, <br><br>    Defendants. | Case No. 2:20-cv-10914-CAS-JEM <br><br> **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION** <br><br> Date: December 11, 2023 <br> Time: 10:00 a.m. <br> Courtroom: 8D <br> Judge: Hon. Christina A. Snyder <br><br> Action Filed: December 1, 2020 |
|---|---|

After having reviewed Plaintiffs' Motion for Reconsideration and Amendment of Final Order Approving Class Action Settlement and Judgment with Respect to Attorneys' Fees (ECF No. 160) (the "Motion"), and Defendants' opposition thereto (ECF No. ___), the Court finds no grounds to reconsider the Final Order under either Local Rule 7-18(c) or Rule 59(e) and thus DENIES Plaintiffs' Motion.

The Court also clarifies that the Court's Final Order should not be considered "Final" under the Settlement Agreement for purposes of triggering the "Settlement Effective Date" (ECF No. 128-1 §§ 2.27 & 2.69) until the date of entry of this Order ruling on Plaintiffs' Motion.

\

IT IS SO ORDERED.

DATED: _____

_____
The Honorable Christina A. Snyder
United States District Judge

**[PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION FOR RECONSIDERATION (2:20-cv-10914-CAS-JEM)**